UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALCOLM PRESTON COOK,

Plaintiff,

v.

Case No. 26-cv-12047
Honorable Linda V. Parker

ALLIED UNIVERSAL SECURITY, et al.,

Defendants.
_______________________________/

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On June 18, 2026, Plaintiff filed a Complaint against Defendants. (ECF No. 1.) Plaintiff also filed an application to proceed in forma pauperis ("IFP"). (ECF No. 2.) On June 23, this Court granted Plaintiff's IFP application but ordered him to file an amended complaint by July 14, 2026. (ECF No. 5.) The Court warned Plaintiff that the failure to comply would result in the action being dismissed without prejudice. (*Id.* at PageID.22.) Plaintiff thereafter moved for more time to file an amended pleading, and the Court extended the deadline to July 28, 2026. (7/14/26 Text-Only Order.)

The deadline has passed, and Plaintiff has not filed an Amended Complaint. Therefore, the Court is dismissing his Complaint without prejudice. If Plaintiff wishes to pursue his claims against Defendants, he must file a new action, along with a new

application to proceed IFP. This action is closed.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: August 4, 2026